TOWNSEND W. GARRETSON v. BENJAMIN F. BARKER.

Argued November 8, 1900—Decided February 25, 1901.

The reinstatement of a *certiorari* after a decision on the merits will not be allowed for the purpose of permitting the defeated party to take fresh proofs.

On *certiorari.* On motion to reinstate.

Before Justices GARRISON and GARRETSON.

For the motion, *Morgan Hand* and *Herbert A. Drake.*

*Contra, Harrison H. Voorhees* and *David J. Pancoast.*

The opinion of the court was delivered by

GARRISON, J. This is, in form, an application to reinstate a *certiorari,* but, in substance, it is a motion for the rehearing of a *certiorari* upon new proofs to be taken in case the re-

hearing is ordered. The *certiorari* had been heard upon its merits and decided. *Garretson* v. *Baker,* 36 *Vroom* 184.

There being no practice by which a *certiorari* could be reinstated under such circumstances, it is suggested that this case be dealt with as if the dismissal of the writ had been for want of prosecution, upon the ingenious ground that it lacked the sort of prosecution it would have had if the prosecutor, prior to the decision of the court, had known the court's views as to the sufficiency of his case as he afterward knew it from the court's opinion filed in the cause. And consistently with this suggestion, the remedy sought is for leave to take new proofs upon the very points upon which the adverse decision of the cause was rested.

I am clearly of opinion that this motion, in its entirety, cannot be granted. It is therefore denied.